UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIZAEL OCHOA TELLEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER N.A.,<br><br>                    Defendant. | Case No.: 18cv1036-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

The parties filed a document styled as a notice of voluntary dismissal (Docket no. 16), which the Court construes as a joint motion to dismiss. So construed, the motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: January 14, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge